IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TANIA BAKER
Plaintiff

v.

PATRICIA YACK,
MS. CRYSTAL CLARK,
MS. TANYA REED,
TODD COHEN, and
WHATEVER OTHER NECESSARY FACES
Defendants

Civil Action No. L-11-2694

\*\*\*

## MEMORANDUM

The above-captioned Complaint was filed on September 19, 2011, together with a Motion to Proceed in Forma Pauperis. Because she appears indigent, Plaintiff's motion will be granted.

The complaint alleges that Plaintiff has been required to trace her rental payment money orders since she moved into Hollins House. ECF No. 1 at p. 2. The cost of tracing the money orders is $15.00 and she is not reimbursed for the cost; she states the expense has cost her a total of $73.00 a month. Plaintiff claims the cost should only be $46.00 per month because she is disabled. She further states that all paperwork requirements have been submitted. She seeks $75,000 in damages.

The complaint fails to state a claim upon which relief may be granted. The allegations raised in the complaint cannot reasonably be construed to arise under a federal statute or the United States Constitution. The mere fact that Plaintiff feels she is being discriminated against because of her disability does not transform her dispute over rent into a federal case. By separate Order which follows, the Complaint will be dismissed.

10/3/11
Date

/s/
Benson Everett Legg
United States District Judge